**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: CALVIN L. BURNETT    §    Case No. 09-70293
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
　　　　　　Debtors　　　　§

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/31/2009.

2) The plan was confirmed on 03/27/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/06/2009.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,600.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 1,040.00 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | $ 1,040.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 574.04 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 72.51 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 646.55 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,000.00 | 3,000.00 | 3,000.00 | 574.04 | 0.00 |
| CITIZENS FINANCE | Sec | 2,790.00 | 5,150.00 | 2,790.00 | 182.79 | 163.53 |
| CITIZENS FINANCE | Uns | 5,241.00 | 3,153.86 | 5,513.86 | 0.00 | 0.00 |
| ILLINOIS DEPARTEMENT OF | Pri | 150.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 5,842.00 | 6,634.13 | 6,634.13 | 47.13 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 692.84 | 692.84 | 0.00 | 0.00 |
| AT&T PHONE SERVICE | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 50.93 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS INC. | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Uns | 199.00 | NA | NA | 0.00 | 0.00 |
| AMOITED HELP MEDICAL | Uns | 2,113.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 364.32 | 442.74 | 442.74 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 590.86 | 590.86 | 590.86 | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 217.59 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 73.55 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 595.34 | 511.59 | 511.59 | 0.00 | 0.00 |
| CREDIT PROTECTION | Uns | 15.97 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION SERVICE | Uns | 45.80 | NA | NA | 0.00 | 0.00 |
| CRUSADERS WEST END | Uns | 13.16 | NA | NA | 0.00 | 0.00 |
| DANIEL & BARBARA GOETSCHEL | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| DENNIS BREBNER & ASSOCIATES | Uns | 277.53 | NA | NA | 0.00 | 0.00 |
| DRIECTV, INC. | Uns | 108.14 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK CUSTOMER | Uns | 80.97 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 183.74 | 324.61 | 324.61 | 0.00 | 0.00 |
| FOREST CITY DIAGNOSTIC | Uns | 1,034.40 | NA | NA | 0.00 | 0.00 |
| HARTSOUGH DERMATOLOGY | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 976.34 | 1,242.09 | 1,242.09 | 0.00 | 0.00 |
| IHC SWEDISHAMERICAN E.R. | Uns | 195.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 1,504.81 | 1,594.31 | 1,594.31 | 0.00 | 0.00 |
| MERRICK BANK | Uns | 1,560.14 | 1,641.80 | 1,641.80 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 1,026.25 | NA | NA | 0.00 | 0.00 |
| NAHD SERVICE CORPORATION | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 736.44 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 500.00 | 579.94 | 579.94 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 297.33 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Uns | 1,610.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE RECOVERY SERVICES | Uns | 163.57 | NA | NA | 0.00 | 0.00 |
| ROCKFORD EAS | Uns | 399.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 59.88 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,080.89 | 433.46 | 433.46 | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 26.87 | NA | NA | 0.00 | 0.00 |
| BEACON HILL APARTMENTS | Uns | 526.94 | 526.94 | 526.94 | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL | Uns | 321.87 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 962.31 | 946.54 | 946.54 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 595.00 | 497.86 | 497.86 | 0.00 | 0.00 |
| SPRINT | Uns | 301.64 | NA | NA | 0.00 | 0.00 |
| STONEBRIDGE LIFE | Uns | 15.84 | NA | NA | 0.00 | 0.00 |
| SUMMIT RADIOLOGY | Uns | 66.91 | NA | NA | 0.00 | 0.00 |
| TIME, INC. | Uns | 24.95 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT CORPORATION | Uns | 159.59 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
| VENGROFF, WILLIAMS & | Uns | 3,358.13 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Uns | 362.06 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 1,034.00 | 862.86 | 862.86 | 0.00 | 0.00 |
| AMERICREDIT | Uns | 0.00 | 3,449.30 | 3,449.30 | 0.00 | 0.00 |
| MMCC | Uns | 0.00 | 526.94 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 2,790.00 | $ 182.79 | $ 163.53 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 2,790.00 | $ 182.79 | $ 163.53 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 6,634.13 | $ 47.13 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 6,634.13 | $ 47.13 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 19,851.60 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 646.55 |
| Disbursements to Creditors | $ 393.45 |
| **TOTAL DISBURSEMENTS:** | $ 1,040.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 01/26/2010          By: /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)